**UNITED STATES DISTRICT COURT OF THE DISTRIT OF COLUMBIA**

**CRIMINAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Case Number 1:20-cr-00027-KBJ |
| v. | : |
| | : |
| **TYREE MARSHALL** | : Judge Ketanji Brown Jackson |
| | : |
| **DEFENDANT.** | : |
| | : |

## NOTICE OF FILING

Mr. Marshall, through counsel, respectfully informs this Court of the following.

1. Undersigned counsel had previously represented Mr. Tyree Marshall in Superior Court (*United States v. Tyree Marshall* (2019 CF2 011165)). Mr. Grimm has also represented Ms. Takisha Ganeous, in *United States v. Takisha Ganeous* (1:21-cr-00242-KBJ), prior to representing Mr. Marshall.

2. Counsel, after discussions with Mr. Marshall and Ms. Ganeous, can inform the Court of the following.

    a. Ms. Ganeous' understanding is that she has the right to have Mr. Grimm as her counsel since she initially retained him in *United States v. Takisha Ganeous* (1:21-cr-00242-KBJ). However, Ms. Ganeous wishes to stay with her court appointed lawyer Mr. Crawley.

    b. Mr. Marshall wants to retain Mr. Grimm simply for purposes of obtaining a plea offer.[1] Mr. Marshall maintains he does not have the legal fee to retain counsel.

---

[1] Counsel has spent days explaining to Mr. Marshall that under Rules of Professional Conduct, counsel is prohibited from doing a contingent fee in a criminal case. Therefore, I cannot represent him.

Counsel is not on the CJA appointment list. In addition, counsel is not in a position to accept an appointment for a trail of this length.

Respectfully submitted,

*Bernard Grimm*

Bernard Grimm
Law Office of Bernard Grimm
409 7th Street N.W.
Washington, D.C. 20004

## Certificate of Service

I hereby certify that a copy of the above notice was filed by ECF on Assistant United States Attorneys Gilead I. Light, Jonathan Sidney Jacobs, and Rachel A. Fletcher this 10th day of May 2021.

*Bernard Grimm*

Bernard Grimm
Law Office of Bernard Grimm
409 7th Street N.W.
Washington, D.C. 20004

UNITED STATES DISTRICT COURT OF THE DISTRIT OF COLUMBIA

CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case Number 1:20-cr-00027-KBJ |
| v. : | |
| : | |
| TYREE MARSHALL : | Judge Ketanji Brown Jackson |
| : | |
| DEFENDANT. : | |
| _____ : | |

### [PROPOSED] ORDER

Upon consideration of counsel's Notice of Filing in the above captioned case, it is hereby

ORDERED, on this ___ day of May 2021, that defense counsel's motion is GRANTED.

_____
Judge Ketanji Brown Jackson
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Copies to:

Gilead I. Light
U.S. ATTORNEY'S OFFICE
555 4th Street NW
Ste 4832
Washington, DC 20816

Jonathan Sidney Jacobs
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530

Rachel A Fletcher
U.S. ATTORNEY'S OFFICE
555 4th St, NW
Washington, DC 20350

3

Bernard S. Grimm
The Law Office of Bernard Grimm
409 7th Street N.W. Suite 300
Washington D.C. 20004

Signe Leamon
Clerk to the Law Office of Bernard Grimm
409 7th Street N.W. Suite 300
Washington D.C. 20004