

GEORGETOWN UNIVERSITY | PRISONS & JUSTICE INITIATIVE

To whom it may concern:

On behalf of the Georgetown University Prisons and Justice Initiative, we would like to share information regarding Mr. Tyree Marshall, a former student in the Georgetown University Prison Scholars program at the D.C. Jail.

The Georgetown University Prisons and Justice Initiative (PJI) and the Department of Corrections developed a new partnership in 2018, that set out to improve the lives of all District residents. The Scholars program provides an opportunity for incarcerated citizens to achieve higher education and prepare themselves for reentry into society. Mr. Marshall was one of more than 25 men and women in the Correctional Treatment Facility taking the various credit and non-credit courses we offer.

We selected Mr. Marshall as a student for the program because of his commitment to self-improvement and high level of motivation. He had just completed his high school diploma, and was driven to further his education. Mr. Marshall was admitted to the Scholars program in Fall 2020. He successfully navigated the online learning environment for three semesters, then was able to participate in person starting Fall 2021. Through his matriculation, Mr. Marshall earned a cumulative GPA of 3.28 with 26 credits. He completed courses in a variety of liberal arts topics including African Theology, Linguistics, and Philosophy of Reparations. As well as a unique mixed class with undergraduate students from Georgetown's main campus.

The mission of PJI's Scholars program is to help incarcerated men and women like Mr. Marshall, gain the education needed to be successful once released. Our program is backed by a large body of research that confirms the positive impact of higher education for incarcerated students on their future job prospects and reduced recidivism. We are committed to supporting Mr. Marshall upon release – to continue his education, assist with employment, and any other reentry services he may need.

Mr. Marshall's dedication to the Scholars program and motivation to pursue higher education at Georgetown University is a testament to how well he will behave once released. Please contact us if you require any additional information about our program or Mr. Marshall's involvement.

Sincerely,
The Georgetown University Prisons and Justice Initiative Staff