Dear Georgetown Scholar,

We are pleased to share a copy of your current transcript with you. It has been a tumultuous year, and many aspects of the Georgetown Prison Scholars Program have changed. The COVID-19 pandemic forced us to transition to a virtual, no-contact environment, we were not able to supply your transcripts as we have done in the past. We would like to apologize for any inconvenience this may have caused.

Thank you so much for your hard work over the past few semesters. We value your efforts and celebrate your persistence in the program. If you have any questions, you can relay them to us through Tab Burnett, or contact us at the PJI email address: prisonsandjustice@georgetown.edu

We look forward to returning in person as soon as we are permitted to do so!

Sincerely,


The Georgetown Prison Scholars Program Staff

This is not an official transcript. Courses which are in progress may also be included on this transcript.

Record of: Tyree Marshall
ID:: 831668724

Student Address:
Date of Birth: 15-Dec

Course Level: Undergraduate

Entering Program:
  School of Continuing Studies
  Non-degree Undergrad. Program
  Major: Undeclared

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| ------------------- Fall 2020 ------------------- |
| BLHS | 318 | Black Diaspora Literature | 3.00 | C+ | 6.99 | |
| BLHS | 319 | Philosophy of Reparations | 3.00 | A | 12.00 | |

Expanded S/CR/NC grade mode for Fall 2020 due to COVID19 Global Pandemic

|  | EHrs | QHrs | QPts | GPA |
|---|---|---|---|---|
| Current | 6.00 | 6.00 | 18.99 | 3.165 |

Transferred to:
  Georgetown College
  Non-degree Undergrad. Program
  Major: Undeclared

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| ------------------- Spring 2021 ------------------- |
| GOVT | 284 | African Politics | 3.00 | A | 12.00 | |
| PHIL | 129 | Global Justice | 1.00 | A | 4.00 | |
| THEO | 126 | Relig & Spirituality in Africa | 3.00 | A | 12.00 | |
| UNXD | 404 | Forgotten Hum of Prisoners | 1.00 | S | 0.00 | |

Expanded S/CR/NC grade mode for Spring 2021 due to COVID19 Global Pandemic

|  | EHrs | QHrs | QPts | GPA |
|---|---|---|---|---|
| Current | 8.00 | 7.00 | 28.00 | 4.000 |

| Subj | Crs | Title | Crd | Grd | Pts | R |
|---|---|---|---|---|---|---|
| ------------------- Summer 2021 ------------------- |

In Progress:
| JUPS | 123 | Intro to Justice & Peace | 3.00 | In Progress | | |
| LING | 111 | Language Myths | 3.00 | In Progress | | |

---------------- Transcript Totals ----------------

|  | EHrs | QHrs | QPts | GPA |
|---|---|---|---|---|
| Current Cumulative | 14.00 | 13.00 | 46.99 | 3.614 |

----------- End of Undergraduate Record -----------