To Whom May Concern:

My name is Hanley Desinord, and I am currently a 12th grade math teacher at Cardozo High School here in Washington DC. I've been a teacher there since graduating from Howard University in 2016. I had the pleasure of teaching Tyree Marshall during his junior and senior year of high school which was my first year of teaching. To say the least he was and still is one of my most memorable students. He made teaching and coming to work each day a joy. His attention to detail and quick accuracy with numbers helped him stand out from his peers. I recall over the winter break of his junior year receiving the tragic news that he had been shot and would be out of school for a while. That incident is what brought me closer to him and made me want to become a mentor to him. A little about me is that I was born in Washington DC in the early 90's and could've easily made poor decisions that would have led me down a dark road, but I had loving parents and adults in my life to steer me in the right direction. A lot of the youth I teach and have taught like Tyree are not given a support system early on to make those right decisions which is what leads to them being in situations as he is today. Tyree has a good heart and the bad decisions that he has made has been a result of the cards he was dealt throughout his life and him wanting to make sure his family and friends were taken care of. I'm not saying we give him a pass or make excuses for him, but what I do ask is to consider what he has been through during those first 20 years of his life before he was arrested and consider a fair sentence. As Dr. King once said in the final hour God is not going to judge us on our separate mistakes but for the totality of our lives. Tyree has full life ahead of him to live and I hope you give him another chance in which he able serve the minimum time recommended. I speak to him a regular basis and he always lets me know that he can't wait to get out to get out and make me and others proud. I am willing to do whatever it takes to ensure when he does returns to society that he has a stable support system to make good on all his goals and promises. There are not many people I'm willing to bet on but Tyree is one of them and I am confident he will make the most of his second chance at freedom.

Sincerely,

Hanley Desinord

Cardozo Math Teacher