# GEORGETOWN UNIVERSITY

June 30th 2021

To Whom It May Concern:

I am an Assistant Professor of Religious Studies at Georgetown University. In January 2021, I joined the Georgetown Prison Scholars Program at the DC Jail ("Scholars Program") as a teaching member, and I taught a three-credit course on African Religions and Spirituality to 17 incarcerated students. This is where I met Tyree Marshall.

Through the Prison Scholars Program, students at the DC Jail take courses with Georgetown professors and earn college credits while incarcerated. The purpose of the Scholars Program is to improve the lives of all District residents by educating incarcerated citizens and preparing them to pursue a positive role in their home communities when they return. Our mission is backed by a large body of evidence suggesting that college education in jails and prisons reduces recidivism and costs, creates safer communities and stronger families, and greatly enhances the employment prospects of returning citizens. My course is one of four offered this semester.

This past semester, Tyree showed a remarkable commitment to his intellectual and personal growth. From our first interaction, I recognized some of the most important traits of his personality and character. Among various comments, he introduced himself as a scholar eager to learn and strive to be successful. He showed outstanding dedication to his learning and asked me to give him extra readings and assignments about African cultures, financial literacy, and documentaries on the lives of successful artists. Indeed, Tyree is a creative and talented student with a genuine love of learning and a unique passion for knowledge. He understands the importance of education and is working hard to become a successful entrepreneur and artist. He is not only eager to learn but also enthusiastic about educating, encouraging, and cheering others. I was delighted when he suggested documentaries and inspirational movies for the class, and I unofficially nominated him as my creative co-teacher.

Tyree's creativity also shaped his career as one of the most prominent young musicians in DC. His music reflects his passion and talent and his uncommon capacity to observe, elaborate, and creatively communicate the reality he witnesses and experiences. His songs tell the stories of young women and men trapped in cycles of violence and retaliation of street life. His voice is the voice of thousands of followers who recognize their unexpressed feelings and emotions in his music. He is conscious of his social influence and is seriously working to become an excellent role model.

Today, Tyree is not the same young man who turned to the street to seek sustenance and recognition. Instead, he is fully devoted to his personal, artistic, and intellectual development. He showed an uncommon willingness to change his life and become an educated, responsible, and successful citizen. He is deeply inspired by good role models

and captivated by redemption stories. When I asked him about his future, he wrote me: "Ali once said something that struck me. He said: "If I am the same man I was ten years ago, then I wasted ten years of my life." That is to say that you don't have to worry about the things I sing in my songs. When I come home, I will not go back to my old life. I will not go back to things I use to do. I am inspired by other artists who had a similar journey. They are leading by example the right way to handle life."

The success of his artistic production reveals his tenacity, perseverance, and strength. As a young man growing up in a poorly supportive family, he could count only on himself to follow his ambition. Sadly, he didn't have good care, support, or moral guidance and was neglected and wronged by those he loved and trusted. But today, he is working on his emotional well-being.

I was touched by one of his last messages. Toward the end of our class, he wrote me he was ready to sing about Love. He wrote, "Love *is an emotion you feel like no other in jail, and it goes with a certain type of pain. I hear stories from fellow inmates about their gut-punching sorrow that would make an average soul cry. But here is a commonplace. So, I want to use those real-life stories. I want to tell stories like mine, stories of people who went from the street to their GED and college. So, with my music, I can send the right message to the youths. Everybody loves stories of redemption!"*

I firmly believe Tyree is critically reflecting on his life experience and working on his future as a responsible citizen, influential artist, and successful member of his community. I am confident he will diligently work on his growth. I am sure he will keep making me proud of him.

Thank you for your consideration. Please do not hesitate to contact me with any questions or concerns.

Sincerely,

*Annalisa Butticci*

*Annalisa Butticci, Ph.D.*
*Assistant Professor of Religious Studies*
*Department of Theology and Religious Studies*
*Georgetown University -37th and O St. NW, 120 New North*
*Washington, DC 20057-1135*
*annalisa.butticci@georgetown.edu*
*Office phone 202.687.7441*