# Nuha Abudabbeh, Ph.D.
Clinical & Forensic Psychologist
PSY 117

3625 Calvert Street NW Washington D.C.
Tel: (202) 462-5715
Email: nuhanaim@aol.com

**NAME:** Tyree Marshall
**Docket No.20-CR-27-01(TJK)**
**Referred By:** Heather Shaner, Esq

The following report is based on:

In-person Interviews with Mr. Tyree Marshall at the D.C. Jail on the following dates:
07/14/2022
07/22/2022

Collateral Phone Interview with Mrs. Marshall (Biological Mother):
10/1/2022

Review of the following tests administered:
1- Wechsler Abbreviated Scale of Intelligence (WASI-II)
2- Adverse Childhood Experience (ACE) Questionnaire
3- PTSD Checklist 5 (PCL-C)
4- Trauma and Attachment Belief Scale (TABS)
5- Personality Assessment Inventory (PAI)
6- Beck Depression Inventory (BDI-II)
7- Attitude Towards Guns & Violence Questionnaire (AGVQ)
8- TCU Criminal Thinking Scale

## BEHAVIORAL OBSERVATIONS AND MENTAL STATUS

Concerning his physical appearance, on both days Mr. Marshall presented with good hygiene and was appropriately groomed. He was dressed in a bright colored jumpsuit and wore his hair in locks. He was observed to have tattoo sleeves on both his left and right arms, including the words "Blessed" and "Boom." Due to COVID-19, both he and the examiners wore protective facemasks. Mr. Marshall appeared short in stature, given his chronological age expectation. Mr. Marshall appeared oriented to person, place, time, and situation. He denied any current suicidal/homicidal ideation. He also denied the presence of any auditory/visual hallucinations and delusions. With

respect to his general demeanor, Mr. Marshall was friendly, polite, and cordial. As such, rapport with the examiner was easily established and maintained. At times, this individual appeared frantic and on high alert. His mood was energetic and affect variable. When asked how he was feeling, he remarked that he felt "stressed and anxious" as a result of recently transferring from CTF to the DC jail. He also showed the examiner a scar on his stomach from a bullet wound. Over the course of the assessment dates, he described his family history/upbringing without a clear timeline of events. As such, personal information was difficult to follow/understand. He also reported that he has a "hard time saying no," and struggles to advocate for himself. Mr. Marshall was observed to exhibit good insight, decision-making, and judgment capacities. He denied difficulties regarding short/long-term memory. Concerning speech/language, his expressive language, speech production, volume, rate, etc., was unremarkable. However, due to the level of noise within the jail, he was difficult to hear. Mr. Marshall denied any problems related to inattention or hyperactivity, and no unusual fine/gross motor movements were observed. His eye contact was appropriate, and his energy level was good.

Overall, Mr. Marshall was cooperative, engaged, and put forth good effort on the tasks presented to him. As such, this evaluation appears to be a valid representation of his current cognitive and psycho-emotional functioning.

**TEST RESULTS AND INTERPRETATION**

**INTELLECTUAL/COGNITIVE MEASURES**

***Wechsler Abbreviated Scale of Intelligence, 2ⁿᵈ Edition (WASI-II)***
Mr. Marshall was administered the *WASI-II*, a brief measure of intelligence that provides a full-scale IQ score (FSIQ) and estimates composite scores in the Verbal Comprehension and Perceptual Reasoning domains of ability. The Verbal Comprehension Index (VCI) is comprised of two subtests (i.e., Vocabulary and Similarities), and the Perceptual Reasoning Index (PRI) is also comprised of two subtests (i.e., Block Design and Matrix Reasoning). The estimated total combined performance yields a Full-Scale IQ score by calculating the total of all four subtests (FSIQ-4).

On the *WASI-II*, Mr. Marshall's FSIQ–4 composite score of 92 was in the Average range and at the 30th percentile, compared to his same-aged peers (meaning that his scores were equal to or higher than the scores of 30% of individuals his age). On the Verbal Comprehension Index (VCI), the domain that assesses his ability to understand and reason with words, as well as his general knowledge fund, Mr. Marshall's composite score of 88 fell in the Low Average range. His composite score of 98 on the Perceptual Reasoning Index (PRI), the domain that assesses skills for organizing and understanding visual information, novel problem solving, etc., fell in the Average range. Overall, Mr. Marshall's scores on the *WASI-II* reflect no impairment in regard to his

cognitive functioning. Moreover, his intellectual abilities appear commensurate with expectations based on his chronological age.

## TRAUMA AND MOOD MEASURES

### *Adverse Childhood Experiences (ACE) Questionnaire*
The *ACE'*s questionnaire assesses a person's cumulative exposure to 10 Adverse Childhood Experiences (i.e., physical, emotional, sexual abuse, neglect, parental separation/divorce, incarceration of a family member, mental illness of a family member, substance abuse, domestic violence), prior to age 18. Individuals with scores ≥4 present a higher risk for various physical/mental health problems later in life. Mr. Marshall was administered this questionnaire and received an *ACE's* score of **seven (7)**. He endorsed exposure to emotional and physical abuse, neglect, parental separation/divorce, domestic violence towards his maternal caregiver, and incarceration of a household member.

### *PTSD Checklist 5 (PCL-C)*
Mr. Marshall completed the *PCL-C*, a standardized self-report rating scale for PTSD comprising 17 items that correspond to the key symptoms of PTSD. This scale includes four domains consistent with the four diagnostic criterion (e.g., Re-experiencing (criterion B), Avoidance (criterion C), Negative alterations in cognition and mood (criterion D), and Hyper-arousal (criterion E). Using a Likert scale (e.g., 1: "Not at all," 2: "A little bit," 3: "Moderately," 4: "Quite a bit," 5: "Extremely"), scores consist of a total symptom severity score (from 0 to 85); A raw score of 33 is the cutoff for a provisional diagnosis of PTS. Overall, Mr. Marshall's *PCL-C* score of **70** meets a provisional diagnosis of PTSD. He endorsed "Extremely" to 8/17 items (e.g., *"Suddenly acting or feeling as if a stressful experience were happening again," "Having physical reactions [heart pounding, sweating, trouble breathing] when something reminded you of a stressful experience from the past?" "Trouble falling or staying asleep"*).

### *Trauma and Belief Attachment Scale (TABS)*
The *Trauma and Belief Scale* is a self-report paper and pencil instrument designed to assess cognitive schemas (beliefs about oneself and others). In particular, it measures beliefs related to safety, trust, esteem, intimacy, and control. There are 84 items on the *TABS* and was designed with the understanding that trauma survivors may be more likely than others to react negatively to psychological testing. The *TABS* was designed to avoid using disempowering labels or otherwise alienating the trauma survivor. The items do not focus on trauma related items (unlike the *PCL-C)* but rather on beliefs about people that may stem from traumatic experiences.

Some of Mr. Marshall's responses on the *TABS* were significantly elevated, including Other Safety. This score indicated that Mr. Marshall is highly impacted with concerns about the safety of others. Thus, some trauma victims have to actively engage to refrain from victimizing others

having been themselves suffered as victims of trauma. The second highest significant score was Self Safety. Mr. Marshall endorsed items that describe him as feeling vulnerable and having concerns about victimization and or potential for self-harm. Both these feelings are associated with early childhood victimization and acute traumatic experiences. This sense of fear for one's safety carries with it the reality that the victim was unable to protect himself or herself from harm. This is true for as many situations as unintentional injury and or natural disasters. The third highest item endorsed was Self Intimacy. This reflects Mr. Marshall as a young man who might have difficulty being on his own, which often results from being oriented towards others to minimize attacks. For example, this dynamic can be observed in the hypervigilant child whose survival depends on noticing signs of external threat and therefore has little opportunity to develop a comfortable inner life. The fourth elevation is Other Esteem. This elevation is usually associated with childhood maltreatment and a defensive posture towards others to protect oneself from disappointment from others.

### Beck Depression Inventory - Second Edition (BDI-II)

Mr. Marshall completed the *BDI-II,* a 21-item, self-report inventory that measures the severity of depression symptoms among adolescents and adults. The total score for all symptoms ranges from 0-63. Scores 0-13 indicates a "Minimal" level of Depression, 14-19 is "Mild," 20-28 is "Moderate," and 29-63 is "Severe." Mr. Marshall endorsed several noteworthy thoughts/feelings, such as *"I am so sad or unhappy that I can't stand it," "I am disappointed in myself," "as I look back, I see a lot of failures," "I criticize myself for all of my faults,"* and *"I have thoughts of killing myself, but I would not carry them out."* Overall, his *BDI-II* profile score of <u>32 </u>indicates his current level of depression symptoms are within the **<u>Severe</u>** range.

## PERSONALITY TESTING

### Personality Assessment Inventory (PAI)

The *PAI* is an objective test of personality and multiscale inventory designed for the clinical assessment of adults ages 18 years and older. This measure is self-administered and contains 344-items, of which comprise 22 non-overlapping scales: four (4) validity scales, 11 clinical scales, five (5) treatment scales, and two (2) interpersonal scales. Each item is a statement about the respondent that the respondent rates with a four-point Likert scale (e.g., "False, Not At All True"; "Slightly True"; "Mainly True"; "Very True"). The *PAI* provides a number of validity indices that are designed to provide an assessment of factors that could distort the results of testing. Such factors could include failure to complete test items properly, carelessness, reading difficulties, confusion, exaggeration, malingering, or defensiveness. For this protocol, the number of uncompleted items is within acceptable limits. Also evaluated is the extent to which the respondent attended appropriately and responded consistently to the content of test items. Mr. Marshall's score on the INF (Infrequency) scale is somewhat elevated, suggesting that there were some unusual responses to particular items. This finding could affect results on the clinical scales. There are

several potential reasons for scores in this range, including confusion, reading difficulties, random responding, idiosyncratic interpretations of individual items, or failure to follow the test instructions. Thus, the interpretive hypotheses in this report should be reviewed cautiously.

The degree to which response styles may have affected or distorted the report of symptomatology on the inventory is also assessed. Certain of these indicators fall outside of the normal range, suggesting that the respondent may not have answered in a completely forthright manner; the nature of his responses might lead the evaluator to form a somewhat inaccurate impression of the client based upon the style of responding described below. Mr. Marshall's response patterns are unusual in that they indicate a defensiveness about particular personal shortcomings as well as an exaggeration of certain problems.

With respect to positive impression management, there is no evidence to suggest that Mr. Marshall was generally motivated to portray himself as being relatively free of common shortcomings or minor faults. However, certain aspects of the profile raise the possibility of denial of problems with drinking or drug use, as individuals with similar personality characteristics typically report greater involvement with alcohol or drugs than was described by this client. Interpretive hypotheses in this report regarding the abuse of these substances should be reviewed with caution. With respect to negative impression management, there are indications suggesting that Mr. Marshall tended to portray himself in a consistently negative or pathological manner. Concerns about distortion of the clinical picture must be raised as a result; he presents with certain bizarre and extreme symptoms without the levels of anxiety and wariness in dealing with the environment that would be expected to accompany these symptoms. Although this pattern does not necessarily indicate a level of distortion that would render the test results invalid, the interpretive hypotheses presented in this report should be reviewed with this tendency in mind. The clinical scale elevations may overrepresent the extent and degree of significant test findings in particular areas.

*Clinical Features*
The *PAI* clinical profile is marked by significant elevations across several scales, indicating a broad range of clinical features and increasing the possibility of multiple diagnoses. Given certain response tendencies previously noted, it is possible that the clinical scales may overrepresent or exaggerate the actual degree of psychopathology. Nonetheless, profile patterns of this type are usually associated with marked distress and, unless there is extensive distortion or exaggeration of symptomatology, severe impairment in functioning is typically present. The configuration of the clinical scales suggests a person with a history of substance abuse problems. It is likely that there was significant impairment in social role performance that had resulted from his substance abuse, He also describes a level of suspiciousness and mistrust in his relations with others. He is likely to be a hypervigilant individual who often questions and mistrusts the motives of those around him. He is extremely sensitive in his interactions with others and is quick to feel that he is being treated inequitably, Consistent with the constellation of hypervigilance and suspiciousness, he

probably is seen by others as being quite withdrawn. Working relationships with others are likely to be challenging, despite any efforts by others to demonstrate support and assistance.

Mr. Marshall indicates that his use of drugs has been sufficient to have had negative consequences on his life. Problems associated with drug use appear to be noteworthy, including strained interpersonal relationships, vocational and/or legal problems, and possible medical complications.

This notwithstanding, Mr. Marshall describes a number of problematic personality traits. For example, and per his response profile, he is likely to be quite emotionally labile, manifesting fairly rapid and extreme mood swings. He appears uncertain about major life issues and has little sense of direction or purpose in his life as it currently stands. It is also likely that he has a history of involvement in intense and volatile relationships and tends to be preoccupied with consistent fears of being abandoned or rejected by those around him. Moreover, he indicates that he is experiencing specific fears or anxiety surrounding some situations. The pattern of responses reveals that he is likely to display significant symptoms related to traumatic stress. He has likely experienced a disturbing traumatic event in the past-an event that continues to distress him and produce recurrent episodes of anxiety. Whereas the item content of the *PAI* does not address specific causes of traumatic stress, possible traumatic events involve victimization (e.g., rape, abuse), combat experiences, life-threatening accidents, and natural disasters.

Mr. Marshall also indicates that he is experiencing a discomforting level of anxiety and tension. He is likely plagued by worry to the degree that his ability to concentrate and attend are significantly compromised. Associates are likely to comment about his overconcern regarding issues and events over which he has no control. Affectively, he feels a great deal of tension, has difficulty relaxing, and likely experiences fatigue as a result of high perceived stress. In contrast to these cognitive and affective signs of anxiety, the physical signs of tension and stress, such as sweaty palms, trembling hands, complaints of irregular heartbeats, and shortness of breath, do not appear to be a major feature of the clinical picture. Mr. Marshall's *PAI* profile further indicates a number of difficulties consistent with a significant depressive experience. The quality of the respondent's depression seems primarily marked by affective features, such as feelings of sadness, loss of interest in normal activities, and a loss of sense of pleasure in things that were previously enjoyed. He does not appear to feel hopeless, and his self-esteem seems largely intact.

Physiological features of the depressive syndrome, such as a disturbance in sleep pattern, a decrease in level of energy and sexual interest, and a loss of appetite and/or weight, are not a prominent part of the clinical picture. He does describe certain problems potentially associated with elevated and variable mood. Although he may view himself as active, outgoing, ambitious, and self-confident, others may perceive him as impatient and somewhat demanding. Concerns about physical functioning and health matters in general were also indicated. Mr. Marshall reports particular problems with the frequent occurrence of various minor physical symptoms (such as

headaches, pain, or gastrointestinal problems) and has vague complaints of ill health and fatigue. His physical symptoms are often accompanied by some depression and anxiety.

*Self-Concept*
Mr. Marshall's self-concept appears to be imperfectly established, with considerable uncertainty about major life issues and goals. Although outwardly he may appear to have adequate self-esteem, this self-esteem is likely to be fragile and he may be self-critical and self-doubting. His self-esteem may be particularly vulnerable to slights or oversights by other people, arising from a self-image that depends unduly upon the current status of his close relationships.

**Attitude Towards Guns and Violence Questionnaire (AGVQ)**
The *Attitude Towards Guns and Violence Questionnaire (AGVQ)* is a test to determine the person's relationship with guns. The questions are designed to elicit information around four different relationships with guns, including SHAME, COMFORT, EXCITEMENT and POWER-SAFETY.

Mr. Marshall's response profile had no elevations on any of the above categories described. However, while not significantly elevated, he endorsed items that were related to both Power/Safety and Shame. These two categories seem different and are somewhat connected. This profile is also consistent with other items endorsed from the other tests/measures administered. The relationship with the gun is that of a man or a young man who needed his weapon for his survival. Livelihood and a cover for personal shortcomings from a background that he was ashamed of, and one he perceived as unsafe, unsupportive, and impoverished. These perceptions exacerbated strong feelings of shame.

**TCU Criminal Thinking Scales**
The *TCU Criminal Thinking Scales* includes 36-items from scales representing Insensitivity to the Impact of Crime, Response Disinhibition, Justification, Power Orientation, Grandiosity, and Social Desirability. The *TCU* consists of six (6) subscales which are associated with criminal thinking and shed a light on the person's attitude towards different areas which have historically been associated with one's attitude towards the law, towards one's own prior criminal involvement, one's relationship with power, sense of entitlement, as well as one's attitude towards others as gauged by coldness and warmth in engaging with others. The subscale scores obtained consist of the following:

Entitlement
Justification
Power orientation
Cold Heartedness
Criminal Rationalization
Personal Irresponsibility

The numbers obtained by tallying the answers are rated as having a Low, Medium, or High score in the above areas questioned. Overall, Mr. Marshall's response to items pertaining to criminality were all in the LOW range. In other words, based on the results of the TCU, Mr. Marshall's attitude and position on criminal attitudes and behaviors is in a reassuring range. Additionally, he reports building positive and warm relationships with others.

**CLINICAL FORMULATION**
Mr. Marshall is a 22-year-old, African American Male. He was born and raised in Washington D.C., with a single mother, and a father, whom he described as "in and out of prison." He is the youngest of his siblings and according to his mother, was the "only child" who became involved in the criminal justice system. When interviewed, Mrs. Marshall was highly defensive and clearly uncomfortable discussing her son, whom she sees as failing her expectations. She further explained how she spent her hard-earned money to put all her children through private school. However, when compared to his other siblings, she described Tyree as her only child who struggled as an adolescent, acted out, and subsequently became involved in the criminal justice system. She also vocalized her confusion and perceived lack of understanding regarding the circumstances that lead him on a path that has resulted in his current incarceration.

Under the circumstances, Mrs. Marshall tried her best by raising her children without the benefit of a father figure. Private education notwithstanding, she worked a lot and was for herself, able to avoid any trouble that is commonly associated with this population. For example, Mr. Marshall did not suffer the ills of being neglected or physically/emotionally abused by an addicted, mentally unstable, or violent and punitive mother. Based upon Mr. Marshall's self-report however, he did experience his mother to be largely uninvolved for much of his early life. Consequently, his childhood was characterized by insecurity and detachment from a nurturing and attentive caregiving figure, which is an essential ingredient for a child's healthy growth. As such, navigating his financial and emotional/relational needs without the constant support from his mother proved difficult.

Mr. Marshall was young, and his judgment, in keeping with his age at that time, was severely compromised by his immature brain. Although, his immature brain seems to be of sufficiently high cognitive abilities to have been his savior once he was incarcerated. Mr. Marshall's *TCU* response scores were in the Low range. It should be noted however that had this measure been administered earlier in his incarceration history, it could be hypothesized that the scores would have been much higher. The perceived vulnerabilities that Mr. Marshall experienced as a child, combined with his mother's reaction towards his decisions, may explain the scores on the *TABS* as well as the *PCL-5*. Based upon observation and his own self-report, Mr. Marshall is highly traumatized, depressed, and anxious. Additionally, the scores from the tests administered significantly support elevations on measures indicative of trauma, depression, and anxiety. It is also noteworthy that results from the *TCU* indicate that Mr. Marshall's criminal thinking is Low in all domains of thought processes

associated with criminality. Of particular significance, he takes personal responsibility for his actions and does not give any credence to any thoughts that would excuse criminal behavior. Moreover, he is contrite, and did not endorse any items that would portray him as being either hungry for power or having a sense of entitlement.

As to the continued emotional vulnerabilities associated with trauma, Mr. Marshall's ongoing experience of negative emotions (e.g., heightened arousal, anxiety, depression) are closely associated with the stressful events he encountered throughout childhood, including being physically injured/shot. Of note, early exposure to childhood adversity is known to have a significant relationship with what has been described as Complex Trauma. Given his high *ACE's* score, Mr. Marshall would reasonably fit this descriptive category. Unlike the traditional diagnosis of PTSD that is well publicized, Complex Trauma is associated with, as the name indicates, multiple factors that cause trauma and exacerbate traumatic responses. In contrast to PTSD, which is often associated with one traumatic incident, or more, Complex trauma is related to a variety of etiologies, such as poverty, insufficient parental support, and living in a dangerous environment.

To this end, Mr. Marshall reports feeling physically unsafe and on guard. Understandably, this reaction likely stems from a traumatic moment during his adolescence (age 17), where he was shot during a drive-by shooting in his neighborhood while exiting his house to take out the trash. He then took himself to the emergency room, which clearly indicates again that he was without a consistent adult who he could rely on. Unsurprisingly, given the threat of danger, Mr. Marshall felt the urgency to have resources available to protect himself and therefore make life more livable. Additionally, the experience of being a victim in his own home added further proof to the fact that life felt unsafe and unpredictable. Unfortunately, since having been moved from CTF, he continues to feel vulnerable, and is hypervigilant as he probably felt in the streets. As evidenced by his responses on the tests and measures, as well as his own description of his continued fear of harm in his current environment, his present situation remains significantly traumatizing.

During his incarceration at CTF, Mr. Marshall has demonstrated his potential for change, as evidenced by his ability to complete his High School diploma. He has also participated in the Prisons and Justice Initiative (PJI) at Georgetown University, where he was enrolled in various credit/noncredit courses. Of note, Mr. Marshall was selected from many other individuals based upon his "commitment to self-improvement and high level of motivation." Previous instructors have enthusiastically described Mr. Marshall as an endearing young man who is pleasant and easy to like. This notwithstanding, his significant academic progress while at CTF, as well as his present functioning clearly demonstrates his capacity to change and grow when given the appropriate environment. Within this framework, it is quite clear that incarceration within a jail, much like the one where Mr. Marshall presently resides, will only have detrimental outcomes. One can anticipate such factors as the negative influences from other inmates, as well as his vulnerability for multiple victimizations due to his small physical stature, age, and emotional fragility. He has already shown

his capacity to change in both the positive and desired direction once provided with appropriate interventions and opportunities for rehabilitation. However, at present he remains at risk for ongoing psychological distress and/or physical harm. Moreover, further incarceration will surely place him at risk of losing what he has already gained while at CTF.

**DIAGNOSTIC IMPRESSIONS:**

Posttraumatic Stress Disorder (PTSD)
Persistent Depressive Disorder

*Nuha Abudabbeh*
Nuha Abudabbeh, Ph.D.
Clinical & Forensic Psychologist

Cale Wright, Psy D
Cale Wright, Psy.D.
Clinical Psychologist

**TEST RESULTS**

*Wechsler Abbreviated Scale of Intelligence, 2ⁿᵈ Edition (WASI-II)*

| Index/Subtest | Composite Scores | Subtest T-Score[b] | Percentile Rank | 95% Confidence Interval | Descriptor Range |
|---|---|---|---|---|---|
| **Verbal Comprehension Index (VCI)** | 88 | | 21 | 82-95 | Low Average |
| Vocabulary | | 40 | | | |
| Similarities | | 45 | | | |
| **Perceptual Reasoning Index (PRI)** | 98 | | 45 | 91-105 | Average |
| | | 50 | | | |
| Matrix Reasoning | | 48 | | | |
| **Full Scale IQ (FSIQ-4)** | 92 | | 30 | 87-97 | Average |
| **Full Scale IQ (FSIQ-2)** | 89 | | 23 | 83-96 | Low Average |

[a]Composite scores have a Mean of 100 and Standard Deviation (SD) of 15.

[b]T-Scores have a Mean (Average) of 50 and SD of 10.