*Nuha Abudabbeh, PhD*

*Clinical & Forensic Psychologist*

*D.C. License # 789000117*

3000 Connecticut Avenue N.W.                                    Tel. 202-462-5715
Suite #136                                                     Cell: 202-957-1857
Washington D.C. 20008                                                   email:
nuhanaim@aol.com

## ACADAMIC BACKGROUND

1961     B.A. Psychology, American University, Beirut Lebanon

1964     M.A. Psychology, American University, Beirut Lebanon

1974     PhD University of Maryland, College Park, Maryland

## EXPERIENCE

2010- Present Assistant Associate Professor of Clinical Psychology, George Washington University, Washington D.C.

1999- Present Consultant, Court Services for Offender Supervision Agency for the District of Columbia (CSOSA).

- Established the agency's procedure for evaluating offenders with mental health needs and initiated contact with multiple agencies to provide follow up services.

- Provided expertise in establishing the first CSOSA intake facility, Reentry and Sanctions Center (RSC), to assess the needs of offenders with co-occurring disorders either upon their reentry into the community or their following their relapse while in the community.

- Established and presently providing mental health services to include testing, consulting and individual therapy for male and female youth offenders identified as "violent youth" and placed in a Violence Reduction Program.

1972- Present Private practice: individual therapy and forensic evaluations.

2001-2011    Consultant, The World Bank, Washington D.C.

2001-2003    Consultant, Washington Hospital Center, Washington D.C.

1993-1999    Coordinator and Instructor for psychology interns, St. Elizabeth Hospital, Washington D.C.

1992-2000    Consultant, United Nations: Provided consultations to Palestinians and the Algerian government for mental health services for traumatized populations.

1990-2000    Produced and hosted a national mental health call in radio program in Arabic, Washington D.C.

1987-1998    Established and administered  a non profit organization, Naim Foundation, providing culturally appropriate services for the Arab American community as well as other related indigenous populations.

1980-1991    Clinical Administrator, John Howard Pavilion, St Elizabeth Hospital, Washington D.C.

1967-1991    Staff Psychologist, DHS, Forensic Division, Washington D.C.

1968-1969    Clinical Assistant , Johns Hopkins Kennedy Krieger Institute, Baltimore, Maryland

## RESEARCH AND PUBLICATIONS:

2008          "My Evolving Identity from Arab to Palestinian to Muslim" in M. McGoldrick & K. Hardy (Eds.), **Re: Visioning Family Therapy, Race Culture, Gender in Clinical Practice,** 2nd Ed. Guilford publications, New York.

2006          "Cognitive Behavioral Therapy with People of Arab Heritage" in Hays, P.A. & Iwamas, G.Y. (Eds) **Culturally Responsive Cognitive-Behavioral Therapy**, American Psychological Association, Washington D.C. 20006.

2005          "Palestinian American Families" in M. McGoldrick, J. Giardano, & N.G. Preto (Eds.) , **Ethnicity & the Family in Clinical Practice**, 3rd Ed., Guilford Publications, New York.

2

2005        "Arab American Families" in M. McGoldrick, J. Giardono & N.G. Preto, **Ethnicity & the Family in Clinical Practice**, 3rd Edition, Guilford Publications, New York.

2005        "Arab American Families: Assessment & Treatment" in E. P. Congress& M.J. Gonzales (Eds.) **Multicultural Perspectives in Working with Families,** 2nd Ed, Springer Publishing Company, New York.

2001        "Substance Use Among Arabs and Arab Americans" in L.A. Stroussner (Ed.) **Etnocultural Cultural Factors in Substance Abuse Treatment,** Guilford Publication, New York.

1998        "Transcultural Counseling and Arab Americans" in J. McFadden (Ed.), **Transcultural Counseling**, 2nd Ed. The American Counseling Association, Alexandria, Virginia.

1996        "Overview on Arab Families" in M. McGoldrick, J. Giardano,J. K. Peirce (Eds.)**Ethnicity & Family Therapy** , 2nd Ed. Guilford Publications, New York.

1994        "Treatment of Posttraumatic Stress Disorder in the Arab American Community" in B. Williams & Sommers (Eds.), **Handbook of Posttraumatic** Therapy, Greenwood Publications.

1993        "Transcultural Counseling & Arab Americans" in J. McFadden (Ed.) **Counseling: Bilateral & International Perspectives**, American Counselling Association, Alexandria, Va.

1982        "Group Therapy Applications of Behavioral Principles" in Ch. Shaers, in. Johnston & J.N. Wherry (Eds.)

1974        An investigation of the Relationship between Psychopathy, Risk Taking and Stimulation Seeking, Unpublished Doctoral Dissertation.

## WORKSHOPS, PRESENTATIONS AND LECTURES

2005     "Cultural Considerations in Diagnosis of Mental Illness" NASW Biennial Conference & 50th Anniversary Conference, Washington D.C.

         "Trauma & Refugee Status of Palestinian American Families" New Jersey Family Institute, New Jersey.

2004    "Cultural Issues in the Delivery of Mental Health Services to Arab Americans ", 4th National conference on Quality Health Care for Culturally Diverse Populations, Washington D.C.

"Arab American Attitudes Towards Death", National Fatal Infant Mortality

2003    "Arabs & Islam: A Psychosocial Perspective" NMCI Conference, Washington D.C.

"Considerations in Forensic Settings: Arab American & African American Populations" DCPA Conference, Washington D.C.

"Mental Health Needs of Arab American Refugees" Maine Refugee & Immigration Department, Maine.

2002    "Forensic Evaluation of Culturally Diverse Populations", DCPA Conference, Washington D.C.

"Algerian Trauma Victims", Women in Global Community, Fulbright Conference, Istanbul, Turkey.

"Cultural Considerations in Counseling Arab Students", Grand Valley State University, Michigan.

"Cultural Issues Related to Providing Services to Arabs & Arab Americans" Progressive Life Center Inc., Washington D.C.

2001    "Arabs & Islam: A Psychosocial Perspective", WHC, Washington D.C.

2000    "Handling Client Trauma & Stress & Your Own" Maryland Coalition For Refugees & Immigrants, 19th Annual Conference, Annapolis, Maryland.

1999    "Mental Health Issues in the Arab American Community" 1st National Conference on Health, ACCESS, Detroit, Michigan.

1998    "Between Arab & American, the Hyphenated Identity" Challenges Facing the Therapeutic Relationship", Child Center & Adult Services, Rockville, Maryland.

1996    "Mental Illness & the Arab Culture: Clinical Issues", Paper presented at American Psychiatric Association 148th meeting, Miami, Florida.

1995    "Arab American Families", Fordham University, New York.

1991    "Palestinian Children and Adolescents Coping with Trauma: ISTSS Conference, Washington D.C.

1988 "Group Therapy: Treatment of Choice for Brain Injured Forensic Male
Patients", National traumatic brain Injury Symposium, Baltimore, MD.

"Stressors & Conflicts of Traumatization: Special Focus on an Unexplored
Population" ISTSS 4th Annual Conference, Austin, Texas.

1987 " The Head Injured in the Community: Indices of Improvement", 3rd
National Brain Injury Symposium, Baltimore, Maryland.

1985 "The treatment of the Criminally Insane in a Federal Institution in the USA"
13th International Congress of Psychotherapy, Opatija
.

## PROFESSIONAL AFFILIATIONS

American Psychological Association
International Society for Traumatic Stress Studies
World Federation for Mental Health
Maryland Psychological Association

## AWARDS

2007    ADC   Hala Maksoud award in recognition of outstanding dedication
and leadership in the Arab American community

2005    CSOSA award for outstanding contribution and dedication.

1997    Arab American Medical Association Award for Community Services

1990    AUB Award for Community Services

1986    St. Elizabeth Award for Outstanding Services to meet the needs of the
chronically mentally ill.

1981    Big Brothers award for voluntary services

1980    District of Columbia Psychological Association award for community
services
District of Columbia Board of Parole award for Outstanding Services