

# GEORGETOWN LAW

DC Street Law Clinic

To Whom It May Concern:

I am proud to write this letter of support on behalf of Tyree Marshall. In my capacity as an Instructor in the Georgetown Street Law program, I had the pleasure of having Mr. Marshall in my Trial Advocacy class taught at the DC Jail in the spring of 2020. In my class, Mr. Marshall demonstrated that he would be an asset to the community for the following reasons:

1. **Leadership**: Mr. Marshall consistently demonstrated leadership qualities by taking the initiative to galvanize his peers during class discussions and by delegating responsibilities to his peers in our preparation for the Georgetown DC Jail Mock Trial tournament. These skills will serve Mr. Marshall well in whatever field he decides to pursue.

2. **Curiosity**: Mr. Marshall is a scholar. Many students tend to shy away from course material that is challenging or forces them to be introspective but Mr. Marshall embraced those opportunities in my class. Never shy about asking questions, Mr. Marshall approached every assignment with a passion for learning that will take him far in life.

3. **Potential**: Mr. Marshall is a young man with his whole life ahead of him. Mr. Marshall has plans of starting his own business someday. Being an entrepreneur requires grit and Mr. Marshall's relentless determination to succeed was consistently on full display in my class. Mr. Marshall knows that he has not made the most of his talent thus far, but if given the opportunity, he has the potential to do some remarkable things with the rest of his life.

In closing, I would just like to say that Mr. Marshall possesses many tangible and intangible qualities that will make him an asset to his community upon his release. If given a chance, I truly believe that Mr. Marshall will have a positive impact on society.

Sincerely,

Aaron Bray, Esq.

600 New Jersey Avenue, NW, McDonough 128, Washington, DC 20001-2075
PHONE 202-662-9615   FAX 202-662-9616   streetlaw@law.georgetown.edu



# GEORGETOWN STREET LAW

This Certificate of Completion is awarded to

## *Tyree Marshall*

in recognition of his successful completion of

**Georgetown Street Law: How to Think Like a Lawyer**

Aaron Bray, Esq.
Street Law Program
Georgetown University Law Center