Harold A. Stone #262-659

1901 E Street South East

Washington, DC 20001

5/11/20

Re: Tyree Marshall

Dear Honorable Judge: Ketanji Brown Jackson

I am a mentor in the (YME) Young Men Emerging community here at the Central Treatment Facility (CTF) with-in the DC department of Corrections. I am writing this letter in support of Tyree Marshall as I want to share with you the young man I've come to know and understand as a mentee /younger brother. Tyree has been the epitome of what a mentee/young man emerging should look like. Despite growing up with a number of challenges this young men is face to face with in society today, Tyree has shown he has the true potential to emerge into something great.

Tyree has consistently flourished participating in countless group discussions and he has lead by example since arriving here in (YME). The way Tyree conducts himself everyday despite his circumstances is commendable. Even when no one's watching him he maintains integrity, and this is what caught my attention immediately.

My experience in mentoring over 26 plus years I haven't met many young men with the drive Tyree possess at his age; it puts a smile on my face because he's determined to succeed. Tyree's dedication to turning his life around at this point has been demonstrated through his character and actions here in (YME). I've taken a personal interest to remain directly in Tyree's corner as a mentor, its young men like Tyree who inspire me. With Tyree being raised in the same community as I was raised in, I know what it looks like not having enough positive individuals who are capable of reaching you.

It takes that dedication love and understanding to even get these young men on the path of embracing transformation and what it means. It's my duty an honor to help influence young men like Tyree reach his true potential and mold him into the young man his mother and family intended him to be.

I know how being raised by a single mother may have affected him as I can relate to the pain and trauma it can cause. Tyree certainly knows the importance of what it means to listen and the principals of adhering to advice. Once upon a time I was once who he is now, and considering what I know now I appreciate Tyree's positive leadership abilities and the respectful manners he displays even while adversity continues to place hurdles before him.

This young man has a lot of positive plans he's dedicated to, but first and foremost his commitment to being a better son and brother to his family is something I respect about him. I've personally encouraged Tyree to write an autobiography about his life and the unfortunate pitfalls that caused him to be where he stands today.

I know all too well that so many of our youth get lost and caught up in the school-to-prison pipeline, not because that they are bad individuals, but because of the socio-economic environments where they are raised and their poor decision-making skills that are triggered by their immaturity and inability to transcend the negative peer influence.

This is why The Young Men Emerging Unit acknowledges and attempts to respond to the Brain Science that has been discovered by the National Institute of Health and other leading experts in the fields of Psychology and Sociology the unique attributes of this age demographic.

(YME) has provided Tyree Marshall with the resources that he will need to transcend his immaturity and evolve in his environment. Tyree will hopefully obtain the cultural capital that will facilitate his successful assimilation into our local labor market to obtain a career. He will also have a network of YME mentors in society once he returns home that will continue to assist his transition constructively back into the community.

In closing, I pray and hope that you allow Tyree a chance to mature and change with-out him having to spend a large portion of his youthful life in prison .The (FBOP) system does not have the infrastructure to invest in the rehabilitation nor humanity of our youthful offenders. He's a smart young man who's more than his circumstances.

Your honor thank you for your time,

With respect and prosperity

Harold A. Stone

*Harold Stone*