June 2020                                                                                                    Volume 17

# INSIDESCOOP

*By Scholars, For Scholars*

# High School Graduates



Jordan Therman



Tyree Marshall



Terrence Prillerman

What can be accomplished during times of tribulation? How about three young men, incarcerated during the time of a pandemic, completing their high school diplomas? That's what these three gentlemen have done this school year, and our hats are off to them!

During the pandemic, the Inspiring Youth Program (IYP), the high school diploma program for eligible young adults between the ages of 18 and 22, has seen its share of obstacles. Overseen by DC Public Schools, teachers and other DCPS staff were placed on situational telework status and not allowed to conduct face-to-face classes across the district, including IYP classes inside the DC DOC. Instead, teachers created paper-based lessons for students that were delivered each week by DOC College and Career Readiness staff. These staff also assisted our graduates through tutoring and attaining resources they needed and passing information between students and teachers. The fortitude of these young men is to be applauded, and we at the DOC and DCPS could not be more proud! All three graduates were featured in the DCPS virtual commencement ceremony on June 18th.

# Congratulations!