**Far Southeast Family Strengthening Collaborative, Inc.**
2041 Martin Luther King, Jr., Ave., SE Suite 304
Washington, DC 20020
Office (202) 889-1425    Fax (202) 889-2213
Website: www.fsfsc.org

To: To whom it may concern

From: Derrick Philson (Fatherhood/ Family Support Worker)
Date: 02//22/20

RE: Letter of enrollment

This memo is being written to inform you that Mr. Tyree Marshall has been enrolled in the Far Southeast family Strengthening Collaborative Men and Boys Program. Tyree is enrolled in the Men and Boys fatherhood program and is a willing participant on every Tuesday and Friday at The DC Department of Corrections Young Men Emerging Program.

The National Fatherhood Initiative Program Men and Boys/ Quenching The Father Thirst is a program facilitated with Far Southeast Family Strengthening Collaborative, Inc. The program has Thirteen lessons. 1: The Father Thirst Epidemic, 2: What About the Children, 3: It Takes a man to be a Dad, 4: My Challenges As a Dad, 5: My Father and Past History, 6: My Mother and Women Relationships, 7: The Father – Mother Partnership, 8: Committed To Physical Development, 9: Sharing Emotional Encouragement, 10: Communicating To Connect, 11: Involving in Social Modeling, 12: Consistent Moral Training, 13: Making a Life Change. Through this program Mr. Marshall is currently receiving fatherhood mentoring, and parenting classes, male support groups, and intensive case management services as needed as well as employment assistances services. This program serves as an element of transformational thinking for the male participants.

Tyree has been a positive influence in the program and is a very responsible person. He has also assisted as a volunteer anytime he has been available and is very trustworthy as well.

As he remain in this program he will continue to receive assistance from the Far SE. Collaborative staff to help him resolve barriers that can keep Men and Boys from being a supportive presence in their family's lives and responsible adults. The goal is to assist and serve the males to become stable to enrich the lives of their children and their families as they meet their personal goals and expectations. I look forward to assisting him with any other opportunities that he's seeking as well.

For any questions and or concerns regarding his enrollment or participation in this program. Please do not hesitate to contact me at 202.889.1425 or dphilson@fsfsc.org

Cordially,

Derrick Philson
Family Support Worker
Far Southeast Family Strengthening Collaborative

*The mission of the Far Southeast Family Strengthening Collaborative, Inc. (FSFSC) is to act as a catalyst to develop, nurture and sustain partnerships of residents, agencies and institutions in the southeast community and to create a healthy socioeconomic environment through which children and families have the opportunity to achieve maximum potential and lead productive lives.*