

# Inspiring Youth Program

Student Progress Notification

Student Name: Tyree Marshall

## Academic Progress and Achievement

**Wright (Science and Social Studies):**

Tyree is a pleasure to have in class. He is motivated and ambitious. Prior to the pandemic (2020), he was making progress. He has completed the packet provided. Moving forward, Tyree has passed his scheduled classes and will earn credits toward his high school diploma as scheduled.

# Certificate of Completion

## ❧ MIND IS THE MASTER ❧
### YME Curriculum

This certificate is awarded to

## Tyree Marshall

in recognition of valuable contributions

Signature: _Colie Long_  Date: 3-14-22

Signature: _(signature)_  Date: 3-14-22



# DC Department of Corrections



Upon recommendation of the Director of the DC Department of Corrections

## Tyree Marshall

### Course Completion

This certificate is awarded for the completion of the spring 2020 Semester academic course work offered by College and Career Readiness-TED TALK Responses

Awarded on this 15th day of June, Two thousand and nineteen.

_Tab Burnett_

**Tab Burnett**
Education Administrator - DOC

# CERTIFICATE OF ACHIEVEMENT



This certificate is awarded to

## TYREE MARSHALL



in recognition to your valuable contribution to

YOUNG MEN EMERGING

April 2, 2021



Joel Castón
YME Founding Mentor

Lt. Andemichael
YME Unit Commander

# DC Department of Corrections

Upon recommendation of the Director of the DC Department of Corrections

## Tyree Marshall

### Certificate of Participation

This certificate is awarded for the completion of the November Fifteenth, Two Thousand Twenty-One Learning Unlocked Experience in Partnership with the Metropolitan Police Department

Awarded on this 9th day of December, Two Thousand and Twenty-One.

Amy Lopez
Deputy Director



Ryan Alexander
College Administrator



# DC Department of Corrections

Upon recommendation of the Director of the DC Department of Corrections

## Tyree Marshall

### Course Completion

This certificate is awarded for the completion of the spring 2020 Semester academic course work offered by College and Career Readiness - TED TALK Responses

Awarded on this 15th day of June, Two thousand and nineteen.

*Tab Burnett*

**Tab Burnett**
Education Administrator - DOC