Dear Honerable Judge Kelly

I'm writing this letter from the bottom of my heart to convince you of the value of supervised release rather than a lengthy prison sentence. I understand that Judge Walton and Judge Faroqui sponsors a re-entry program in the United States District Court, I had a chance to hear from Judge Faroqui while attending a lecture in the Georgetown Prisons Program. Listening to Judge Faroqui speak while also having a chance to ask questions, it gave me a chance to reconize the power of education. He also understands that each of us had a different history, different academic abilities and different potential. After my conversation with him, I looked deeply into my personal history and strengths also what would best allow me to furfill my employment goals, my education goals and my personal hopes and dreams.

When I think about my early life I realized that I didnt have the benefit of a supportive family. My father was in and out of prison, while my mother had to work for economical reason which means she was absent from home often. I was the youngest of 3 children inside of my home. I always took advantage of my opportunities but I lost hope because it was hard to do it all on my own. I also missed out on opportunities because of the enviroment I was in. Life or death situation came across my path at a very young age. I couldnt finish school or sometimes even go to my summer job because of the area or who was working with me. I always told

myself it was safer to just walk away.

   I have been incarcerated since January 2020, I've had the benefit of educational programs and mental Health Treatments at CTF. Within my first week in prison I started going back to High School, I was safe and I knew I could do it. In September 2020 I recieved my High School Diploma without any excuses. I began to understand the power of education. The teachers, staff and officers motivated me and pushed me to the Max. I didnt let my journey of rehabilitation end right there I signed up for Ashland Unv, Howard Unv, Unv of District of Columbia and Georgetown Unv. I was gladly welcome to the Hoya family that same year of 2020 during the Covid Pandemic. It felt wonderful to tell my family and friends about positive accomplishments I thought would never happen. I participated in every single program there is in the entire DOC. Since ive been incarcerated I now see how much oppurtunities I have in my community because of what ive done while in prison.

I learned a lot and my perspective has changed very much because of what ive learned. I can now surround myself with positive people in a better community. I can now be an asset in my community and show the world who I really am. I didnt let Covid or my circumstances stop me from becoming a better person. Learning from mistakes means everything & I Honestly feel as though im not the same person who made those mistakes. I want to continue my education and I hope to be able to take full advantage of all the new contacts and opportunities I now have.

   I believe that a 60 month incarceration followed by a period of supervised release with the courts Re-entry program would be a just and fare sentence. I am asking you to please consider all of the achievements and programs that ive participated during my 33 months of incarceration. I also ask if you can consider the covid restrictions and virus that came into place since March of 2020. I was locked down 23 hours a day, yet I still didnt make any excuses. I have a full Master Plan ready that will help me stay on track so I can achieve more goals when released. If its possible I can continue to check in with you so you can see my progress and growth as I continue my journey.